**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

v. CASE NO. 4:26cr10-RH-MAF

WILLIAM JARED BRESKI,

Defendant.

_________________________________/

## ORDER RESCHEDULING THE TRIAL

Upon consideration of the defendant's unopposed motion to continue, I find that the delay of the trial announced by this order is appropriate, for the reasons set out in the motion. I find that the ends of justice that will be served by the continuance outweigh the interest of the public and the defendant in a speedier trial. Accordingly,

IT IS ORDERED:

The defendant's unopposed motion to continue, ECF No. 41, is granted. The clerk must re-notice the trial for Monday, October 19, 2026. The case will be tried during the two-week trial period that begins that day.

SO ORDERED on July 31, 2026.

s/Robert L. Hinkle
United States District Judge